# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK MINNESOTA NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF EMC MORTGAGE LOAN TRUST 2002-A MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2002-A, | : : : : : : | No. 367 MAL 2020<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : : : | |
| v. | : : : | |
| DONALD L. BARRON AND MARIA BARRON, | : : : : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.